CEM

FILED

07 NOV 13 AM 9:40

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **Reynaldo ROJAS-Sanchez,** Defendant | Magistrate Docket No. '07 MJ 2636 |
| | COMPLAINT FOR VIOLATION OF: Title 8, U.S.C., Section 1326 Deported Alien Found in the United States |

DEPUTY

The undersigned complainant, being duly sworn, states:

On or about **November 11, 2007** within the Southern District of California, defendant, **Reynaldo ROJAS-Sanchez,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **13th** DAY OF **NOVEMBER, 2007**

Nita L. Stormes
UNITED STATES MAGISTRATE JUDGE

 CEM

**CONTINUATION OF COMPLAINT:**
**Reynaldo ROJAS-Sanchez**

## PROBABLE CAUSE STATEMENT

On November 11, 2007, Border Patrol Agents M. Slack and E. Leyva were performing line watch duties in the Imperial Beach Border Patrol Station area of responsibility. This area is approximately four and one-half miles west of the San Ysidro, California, Port of Entry, and is approximately two-hundred yards north of the United States / Mexico International Boundary Fence.

At approximately 12:45 p.m., Agent Slack observed three people hiding in some brush. She identified herself as a Border Patrol Agent and proceeded to conduct an immigration on all three individuals. All three including one later identified as **Reynaldo ROJAS-Sanchez,** admitted to being citizens and nationals of Mexico, without any immigration documents allowing them to enter, or remain in the United States legally. All three were arrested and transported to the Imperial Beach Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **September 27, 2007** through **Nogales, Arizona.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was read his Miranda rights, which he stated he understood, and was willing to answers questions without an attorney present. The defendant stated that he is a citizen and national of Mexico without valid immigration documents to enter or remain within the United States legally.