AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

REYNALDO ROJAS-SANCHEZ

**APPEARANCE**

Case Number: 07MJ2636

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

REYNALDO ROJAS-SANCHEZ

I certify that I am admitted to practice in this court.PRO HAC VICE.

11/14/2007

Date

/s/ LINDA LOPEZ

Signature

Linda Lopez/ Federal Defenders of SD 177301

Print Name Bar Number

225 Broadway, Suite 900

Address

San Diego, CA 92101

City State Zip Code

(619) 234-8467 (619) 687-2666

Phone Number Fax Number

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: November 14, 2007

*/s/ Linda Lopez*

LINDA LOPEZ
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
e-mail: Linda_Lopez@fd.org