2



AO 455(Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

REYNALDO ROJAS-SANCHEZ

WAIVER OF INDICTMENT

CASE NUMBER: 07CR3306-W

I, REYNALDO ROJAS-SANCHEZ, the above named defendant, who is accused of Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony) being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 12-12-07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Reynaldo Rojas S
Defendant

Counsel for Defendant

Before [signature]
JUDICIAL OFFICER

2007
RRhme